# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-1066 PSG (JEMx) | Date | February 23, 2015 |
|---|---|---|---|
| Title | Shawn Thomas v. State Farm Mutual Automobile Insurance Company, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):     Order remanding action to state court.**

On February 13, 2015, Defendant State Farm Mutual Automobile Insurance Company ("Defendant") filed a Notice of Filing of Removal of Civil Action to United States District Court. Dkt. # 2. Defendant also filed a document with the identical title on that same day. Dkt. # 5. The first Notice indicates that service was made on Plaintiff via United States mail. Dkt. # 2 ¶ 2. The second Notice merely states that Defendant filed a notice of removal with this Court. Dkt. # 5. None of Defendant's documents provide this Court with the basis upon which removal is sought. Accordingly, the Court has no way of assessing whether jurisdiction is proper.

For the foregoing reasons, the Court REMANDS this action to state court.

**IT IS SO ORDERED.**